HYMAN J. FLIEGEL, as Trustee, etc., v. JACOB NEWMARK, Impleaded, etc.—

Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.